```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURU (SINGAPORE) PTE., LTD; ZURU LLC; ZURU INC.,

                       Plaintiff,

                       -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

                       Defendant.

1:21-cv-09817-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff initiated this action by filing a complaint on November 23, 2021.  [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on March 2, 2022. [ECF No. 24].  According to that summons, Defendants were served with the summons and complaint on December 21, 2022 in compliance with the Order to Show Cause For Preliminary Injunction and Temporary Restraining Order entered on November 24, 2021.  [ECF No. 24]. Defendants' responses were due on January 11, 2022.  *See* Fed. R. Civ. P. 12(a)(1)(A).  No responses were filed, and Plaintiff has not prosecuted this case to date.

      Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment as against any remaining defendants shall be filed by April 1, 2022.  Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  Failure to move for a default judgment by April 1, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date:  March 11, 2022**
      **New York, NY**

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**